Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FIELDS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:13-cv-00801-TLN-DAD |
| v. | ) |
| | ) |
| PERFORMANT RECOVERY, INC., | ) **STIPULATION FOR DISMISSAL** |
| f/k/a DIVERSIFIED COLLECTION | ) **OF ACTION WITH PREJUDICE** |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO THE CLERK:

Plaintiff, ROBERT FIELDS (herein after "Plaintiff"), and Defendant, PERFORMANT RECOVERY INC., f/k/a DIVERSIFIED COLLECTION SERVICES, INC. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| | |
|---|---|
| /S/   June D. Coleman | /S/ Amy L. Bennecoff |
| June D. Coleman (191890) | Amy L. Bennecoff (275805) |
| Kronick Moskovitz Tiedermann & Girard | Kimmel & Silverman, P.C. |
| 400 Capitol Mall, 27th Floor | 30 East Butler Pike |
| Sacramento, CA 95814 | Ambler, PA 19002 |
| Phone: (916) 321-4500 | Phone: (215) 540-8888 |
| Fax: (916) 321-4555 | Fax: (215) 540-8817 |
| Email: jcoleman@kmtg.com | Email: abennecoff@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: January 9, 2014 | Date: January 9, 2014 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 9th day of January, 2014:

      June D. Coleman, Esq.
      Kronick Moskovitz Tiedermann & Girard
      Email: jcoleman@kmtg.com

DATED:  January 9, 2014         /s/ Amy L. Bennecoff
                                            Amy L. Bennecoff
                                            Attorney for Plaintiff